U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2023 NOV -2 P 2:41

CAROL L. MICHEL
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FELONY

**INDICTMENT FOR**
**THEFT OF MAIL BY POSTAL EMPLOYEE AND DELAY OR DESTRUCTION OF MAIL**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** | 23-00245 |
| **v.** | * | **SECTION:** | SECT. G MAG. 5 |
| **SONIA MILLER** | * | **VIOLATION:** | **18 U.S.C. § 1703**<br>**18 U.S.C. § 1709** |
| | * | | |

* * *

The Grand Jury charges that:

**COUNT 1**
(Theft of Mail by Postal Employee)

On or about March 14, 2023, in the Eastern District of Louisiana, the defendant, **SONIA MILLER**, an employee of the United States Postal Service, did unlawfully remove the contents of two parcels of mail, which had come into the defendant's possession intended to be conveyed by mail, in violation of Title 18, United States Code, Section 1709.

**COUNT 2**
(Theft of Mail by Postal Employee)

On or about April 11, 2023, in the Eastern District of Louisiana, the defendant, **SONIA MILLER**, an employee of the United States Postal Service, did unlawfully remove the contents

___ Fee ________
✓ Process ________
X Dktd ________
✓ CtRmDep ________
___ Doc.No. ________

of three parcels of mail, which had come into the defendant's possession intended to be conveyed by mail, in violation of Title 18, United States Code, Section 1709.

**Count 3**
(Delay or Destruction of Mail)

On or about April 11, 2023, in the Eastern District of Louisiana, **SONIA MILLER**, an employee of the United States Postal Service, did unlawfully open two parcels of mail which had come into the defendant's possession intended to be conveyed by mail, in violation of Title 18, United States Code, Section 1703.

[redacted]

DUANE A. EVANS
UNITED STATES ATTORNEY

Mary Katherine Kaufman
MARY KATHERINE KAUFMAN
La. Bar Roll No. 32719
Assistant United States Attorney

New Orleans, Louisiana
November 2, 2023

FORM OBD-34

*No.* ____________

**UNITED STATES DISTRICT COURT**

Eastern *District of* Louisiana

Criminal *Division*

**THE UNITED STATES OF AMERICA**

**vs.**

# SONIA MILLER

# INDICTMENT

**FOR THEFT OF MAIL BY POSTAL EMPLOYEE AND DELAY OR DESTRUCTION OF MAIL**

**VIOLATIONS:** **18 U.S.C. § 1703**
**18 U.S.C. § 1709**

[redacted]

*Filed in open court this* ____________ *day of* ____________ *A.D. 2023.*

____________
*Clerk*

*Bail, $* ____________

**MARY KATHERINE KAUFMAN**
**Assistant United States Attorney**