*TO: DOCKET CLERK*

23-00245
SECT. G MAG.5

*__MAGISTRATE CASE NUMBER*

*OR*

*_X_NO MAGISTRATE PAPERS WERE FOUND*

*for*

*NAME:_ SONIA MILLER*

*Initials: amm*

If you receive this note without any initials,

please return the entire packet to criminal desk .

Thank you